448 A.2d 1162

Kulp et. vir., Appellants v. City of Lancaster, et al.

Argued February 22, 1982. Thomas A. Dittoe, for appellants; George C. Werner, for City of Lancaster, appellee.

Before SPAETH, BROSKY and BECK, JJ.

Order affirmed.